

FILED by MB D.C.
ELECTRONIC
September 13, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CAPITAL ONE,**
**Plaintiff**

**vs.**

**KELVIN RANCE,**
**Defendant.**
_______________________________/

**CASE NO.**

**07-80849-Civ-Hurley/Hopkins**

## NOTICE OF REMOVAL

NOTICE IS GIVEN that Kelvin Rance, Defendant applies for and further submits for removal this Notice of Removal of Palm Beach County, Florida, State Court case number 502007SC008918XXXXMB to the U.S. District Court for the Southern District of Florida pursuant to 28 USCS § 1441 .

1. On July 6, 2007 the Plaintiff filed a three count complaint against this Defendant in the county court in and for Palm Beach County, Florida.

2. The Plaintiff, a non-florida corporation alleges credit card contract, account stated and unjust enrichment causes of action according to Plaintiff's complaint.

3. On or about August 18, 2007, the Plaintiff allegedly served a "Jane Doe", which Plaintiff alleges to live at 4037 Plumbago Place, Lake Worth, Florida 33462 and alleges such entity qualifies under law as an entity of proper service. Plaintiff according to the Palm Beach County Court docket used state actor P.I. Services,

1550 South Dixie Highway, Suite 206a, Coral Gables, Florida 33146, to serve an alleged "Jane Doe" by way of substitute service upon this Defendant.

4. Plaintiff conspires to deny this Defendant his U.S. constitutional rights to due process by such service upon an unknown entity entitled "Jane Doe" which was allegedly service on August 18, 2007.

5. This court has federal question jurisdiction over the instant action pursuant to 28 USCS § 1331 and supplemental jurisdiction pursuant to 28 USCS § 1367.

6. This Notice of Removal is filed within 30 days of the alleged service upon an unknown "Jane Doe".

7. Defendant attaches complete copies of the record from Palm Beach County, Florida, State Court case number 502007SC008918XXXXMB pursuant to 28 USCS § 1446(a).

**Certificate of Service**

The undersigned certifies that a copy hereof, was served by __-__ fax and / or __X__ mail on __11th______ day of September, 2007, to David E. Borack, 2300 Maitland Center Parkway, Suite 200, Maitland, Florida 32751, Tel: (321)282-4112, Plantation Office: (954)644-7299, Fax: (954)644-7297

DATED this 11th day of September, 2007.

______________________________________

Kelvin Rance,
4037 Plumbago Place, Lake Worth, Florida 33462,
954-254-1954 cell
Krance@hotmail.com

# CERTIFICATE OF THE CLERK

STATE OF FLORIDA )
COUNTY OF PALM BEACH )

I, SHARON R. BOCK, Clerk of Circuit and County Courts for Palm Beach County, State of Florida, do hereby certify that the foregoing pages contain a true and correct copy of those certain papers on file, and on Public Record in the case of :

CAPITAL ONE,
Plaintiff

vs.

KELVIN RANCE,
Defendant.

in civil action case number 502007SC008918XXXXMB as follows.

Witness my hand and seal West Palm Beach, Florida this 13 day of September 2007.

Sharon R. Bock
Clerk of Circuit and County Courts,
Palm Beach County, Florida

By ____________
Deputy Clerk

238092

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 502007SC008918XXXXMB
DIVISION: RL
DOCUMENT TRACKING NO: SM-07-063788

CAPITAL ONE

PLAINTIFF(S)

-VS-

KELVIN RANCE

DEFENDANT(S)

## NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE/MEDIATION

NO

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

AUG 28 PM 1:51 CLERK FILED

**KELVIN RANCE**

4037 PLUMBAGO PL
LAKE WORTH, FL 33462

**ALTERNATE ADDRESS:**

Jane Doe
8/18/07 @ 50:15am
BW826

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6B, located at 205 N DIXIE HWY WEST PALM BEACH, FL 33401, on 29-NOV-2007, at 01:30 PM, for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A**

ORIGINAL

**Proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771".

DATED: 06-JUL-2007

Sharon R. Bock,
Clerk & Comptroller

BY: [signature]
DEPUTY CLERK

15th JUDICIAL CIRCUIT COURT
CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA
STATE OF FLORIDA

CC:
DAVID E BORACK , ESQ. , 2300 MAITLAND CENTER PARKWAY , SUITE 200, MAITLAND, FL

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 2007SC008918
DIVISION: -RL
NUMERO DE SEGUIMIENTO DEL DOCUMENTO: SM-07-063788

CAPITAL ONE

DEMANDANTE(S),

vs.

KELVIN RANCE

DEMANDADO(S)

**NOTICIA PARA COMPARECER**
**A CONFERENCIA PREVIA AL JUICIO/MEDIACION**

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

KELVIN RANCE

4037 PLUMBAGO PL
LAKE WORTH, FL 33462

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6B del Tribual del Condado de Palm Beach, ubicado en 205 N DIXIE HWY WEST PALM BEACH, FL 33401, el día 29-NOV-2007, a las 01:30 PM, para una CONFERENCIA PREVIA AL JUICIO.

**IMPORTANTE – LEA CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS. USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento. Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION. La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la

corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compa□ía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

" SI USTED ES UNA PERSONA INCAPACITADA, QUE NECESITA AYUDA PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN COSTO ALGUNO, A RECIBIR CIERTA AYUDA. POR FAVOR PÓNGASE EN CONTACTO CON NICOLE SAUNDERS, COORDINADOR DE **ADA** (AYUDA PARA INCAPACITADOS) EN LA OFICINA DE ADMINISTRACIÓN DEL TRIBUNAL DEL CONDADO DE PALM BEACH, 205 NORTH DIXIE HIGHWAY, SALA 5.2500, WEST PALM BEACH, FLORIDA 33401; NÚMERO DE TELÉFONO (561) 355-4380 DURANTE LOS DOS DÍAS DESPUÉS DE QUE USTED HA RECIBIDO ESTA CITACIÓN. SI USTED TIENE UNA INCAPACIDAD DE AUDICIÓN O DE HABLA, LLAME AL 1-800-955-8771"

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 06-JUL-2007

Sharon R. Bock
Secretaria & Auditora

konnen si ke ou

- Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef ki te fet pou rezoud ka a , montre kinpot dokiman neses pou pwouve ka a , bay non ak address temwen w yo , dak ak stin f ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

**Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak nan ki kote pou demand la fet , kote pou peyman an fet.**

**Si oumenm defandan an (yo) pa kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.**

**Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.**

**"Si ou se yon moun ki gen yon sot de andikape kap beswen sevis espesyal pou ka Patisipe nan pwose sa a , ou gen dwa sa a , li pap koute w ayen pou resevwa s ten ed. Tanpri pran kontak ak Nicole Saunders koodinate pou ADA (Ed pou andikape) Ki nan ofis administrasyon tribinal kominn nan ki nan Palm Beach la , 205 North Dixie Highway, shamb 5.2500 , West Palm Beach , Florida 33401 ; Nimero Telefonn (561) 355- 4380 . L ou resevwa konvokasyon a, Rele pa pli ta ke de (2) jou de travay Si ou gen anpechman pou tande oswa pou pale, rele 1-899-955-8771" .**

# VERIFIED RETURN OF SERVICE

**State of FLORIDA** **County of PALM BEACH** **County Court**

Case Number: 50-2007-SC-8918 Court Date: 11/29/2007

Plaintiff:
**CAPITAL ONE**

vs.

Defendant:
**KELVIN RANCE**

For:
David E. Borack
BORACK & ASSOCIATES, P.A.
2300 Maitland Center Parkway
St# 200
Maitland, FL 32751

Received by P.I. SERVICES on the 16th day of July, 2007 at 1:43 pm to be served on **KELVIN RANCE, 4037 PLUMBAGO PL, LAKE WORTH, FL.**

I, Barry Wolf, do hereby affirm that on the **18th day of August, 2007** at **10:15 am, I:**

**Substitute Served:** Pursuant to 48.031(1) by leaving a true copy of this **SUMMONS AND NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE/COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: JANE DOE and informing said person of the contents thereof.

**Additional Information pertaining to this Service:**
SERVED A BLACK FEMALE, BROWN EYES, 5'5", REFUSED TO GIVE NAME. STATED DEF. WAS NOT IN.

Under penalty of perjury, I declare that I am a Certified Process Server in good standing (Admin.order 2.018-9/92), and delcare that I have read the Foregoing Verified Return of Service and that the facts stated in it are true. F.S.92.525(2)

Barry Wolf
Cps #826

**P.I. SERVICES**
**1550 South Dixie Highway**
**Suite 206a**
**Coral Gables, FL 33146**
**(305) 666-0142**
Our Job Serial Number: 2007017678

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

IN THE COUNTY COURT IN AND FOR PALM BEACH, FLORIDA

CAPITAL ONE
Plaintiff,

CASE NO:

vs.

KELVIN RANCE

Defendant(s).

TO:
KELVIN RANCE
4037 PLUMBAGO PL
LAKEWORTH FL 33462

23809.5

_______________________________________/

THE STATE OF FLORIDA
NOTICE TO PLAINTIFF AND DEFENDANT TO APPEAR AND NOTICE OF PRETRIAL CONFERENCE

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney, at the PALM BEACH COUNTY COURTHOUSE,______________________ West Palm Beach, FL 33401 on __________ _____ at __________.m., before a judge at this court.

**THE CASE WILL NOT BE TRIED AT THAT TIME.**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The purpose of the hearing is to record your appearance, to enable the court to determine the nature of the case and to set the trial date.

You or your attorney should be prepared to confer with the court and:

1. Explain the nature of the dispute and if settlement effort have been made.
2. Exhibit any documents necessary to prove your case.
3. State the names and addresses of your witness.
4. Estimate how long it will take to present your case.
5. Stipulate as to facts that will require no proof.

F.I.

**RIGHT TO VENUE**. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the Defendant, have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

File Number: 07G00563

(CONTINUED)

**ADDRESS ONLY**

1. Where the contract was entered into;
2. If suit is on unsecured promissory note, where note is signed or where maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendants sued reside;
6. Any location agreed to in a contract.

If you, as a defendant, believe the plaintiff has not sued in one of these correct places, you may appear on your court date and orally request a transfer or you may file a written request for transfer, in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff or plaintiff's attorney, if any.

A CORPORATION MAY BE REPRESENTED AT ANY STAGE OF THE TRIAL COURT PROCEEDINGS BY AN OFFICER OF THE CORPORATION OR ANY EMPLOYEE AUTHORIZED IN WRITING BY AN OFFICER OF THE CORPORATION. WRITTEN AUTHORIZATION MUST BE BROUGHT TO THE PRETRIAL CONFERENCE.

Dated this ____________________, at PALM BEACH County, Florida.

Copy To (Mailed) (Handed) (Plaintiff) (Attorney) (M) (S)

Palm Beach County Clerk of the Court, Clerk

By:________________________
Deputy Clerk
(Court Seal)

**IMPORTANT INFORMATION - READ CAREFULLY**

If you are a defendant and fail to appear on said date, in person or by attorney, a judgment may be entered against you.

If you are a plaintiff and fail to appear on said date, in person or by an attorney, this case may be dismissed for Lack of Prosecution.

You must advise the clerk, in writing, of any change in your mailing address.

Address: Borack & Associates, P.A.
2300 Maitland Center Parkway
Suite 200
Maitland, Florida 32751
(321) 282-4111

**IN ACCORDANCE WITH THE AMERICAN WITH DISABILITIES ACT, PERSONS WITH DISABILITIES NEEDING A SPECIAL ACCOMMODATION SHOULD CONTACT COURT ADMINISTRATION, AT THE COURTHOUSE, NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE PROCEEDINGS.**

3

IN THE COUNTY COURT IN
AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO.: 50 2007 SC00 8918XXXX MB
RL

CAPITAL ONE
Plaintiff,

Vs.

KELVIN RANCE
4037 PLUMBAGO PL
LAKEWORTH FL 33462
Defendant(s)

**COMPLAINT FOR DAMAGES**
ATTORNEY BAR NO: 998303

07 JUL -6 AM 11:17
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
SOUTH COUNTY BRANCH-FILED

COMES NOW the Plaintiff, by and through its undersigned counsel and sue(s) the Defendant(s), and states as follows:

GENERAL ALLEGATIONS

1. This is an action for damages that is within the jurisdictional limits of this Court.
2. Defendant(s) is/are resident(s) of this County.

COUNT I (Contract-Credit Card)

Plaintiff realleges paragraphs 1 and 2 above and further states:

3. Plaintiff, at Defendants special instance and request issued a credit card to the Defendant(s).

4. Defendant(s), by execution of the application and/or by use of the credit card, have accepted the terms and conditions of the credit card holder agreement. (See Exhibit "A" attached hereto).

5. The Defendant(s) has breached the Agreement by failing to comply with the terms of the Agreement.

6. Defendant(s) caused various charges to be made through the use of said card.

7. Defendant(s) did not object to the statement.

8. Defendant(s) owe Plaintiff the sum of $1,993.49, that is due with interest. (See Exhibit "B" attached hereto).

9. Plaintiff has made demand upon Defendant(s) for payment.

10. Defendant(s) has/have failed and refused to pay the sum due and owing to the Plaintiff.

11. All conditions precedent to the bringing of this action have occurred.

12. Plaintiff is obligated to pay the undersigned a reasonable fee for which Defendant(s) is/are liable pursuant to the cardholder agreement.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant(s), in the principal amount due of $1,993.49, together with interest, court costs, reasonable attorney's fees and any other relief this court may deem just and proper.

**COUNT II (Account Stated)**

Plaintiff realleges paragraphs 1 and 2 above and further states that:

13. The Defendant(s) requested an account, which is owned by the Plaintiff, and the credit card holder agreement was sent to the Defendant. (See Exhibit "A" attached hereto).

14. Before the institution of this action Plaintiff and Defendant(s) had business transactions between them a they agreed to the resulting balance.

15. Plaintiff rendered a Statement of it to Defendant(s) and the Defendant(s) did not object to the statement

16. Defendant(s) owes Plaintiff $1,993.49, that is due with interest at the rate of 11% per year on the accour

WHEREFORE, Plaintiff demands judgment in its favor and against the Defendant(s) in the principal sum of $1,993.49 together with interest, court costs, reasonable attorney fees and any other relief which this Court may deem just and proper.

**COUNT III (Unjust Enrichment)**

Plaintiff realleges paragraphs 1 and 2 above and further states that:

17. The Defendant(s) received a financial benefit, which was in fact appreciated by the Defendant(s).

18. The Defendant(s) accepted the benefits.

19. By virtue of the circumstances surrounding the use of the credit card, the Defendant(s) knowingly requeste the funds in issue and/or knowingly and voluntarily accepted the benefits bestowed.

20. It would be inequitable for this court to allow the Defendant(s) to retain the benefits or to be unjustly enriche at the expense of the Plaintiff or allow the Defendant(s) to retain the value of the funds in issue without repaying the Plaintiff the value of same.

WHEREFORE, Plaintiff demands judgment in its favor and against Defendant(s), in the principal amount due of $1,993.49, together with interest, court costs, reasonable attorney's fees and any other relief this court may deem just and proper.

Borack & Associates, P.A.
2300 Maitland Center Parkway
Suite 200
Maitland, Florida 32751
(321) 282-4111

By: David E. Borack

Please be advised that this is an attempt to collect a debt and any information obtained will be used for this purpose.
07G00563

CUSTOMER AGREEMENT

Welcome to Capital One®. We are pleased to open your credit card account. This Agreement contains information about your account. Please read it and keep it for your records. In this Agreement the words "you," "your" and "yours" refer to each person who signed the application and to anyone else who uses the account in any way. Each of you is individually and jointly obligated under this Agreement. The words "we," "us" and "our" mean Capital One Bank and its successors or assigns. We can delay enforcing our rights under this Agreement without losing them.

**Using Your Account.** You can make purchases and obtain cash advances (if we have told you that cash advances are an option for your account) by using your card, account number, and any account access checks (including Purchase Checks, Convenience Checks, Special Transfer Checks and other similar checks) that we may send to you. When we provide you with account access checks, we will tell you whether they will be treated as purchases, cash advances, or special transfers. Unless we tell you otherwise, Convenience Checks will always be treated as cash advances.

Your card or account cannot be used in connection with any Internet or illegal gambling transactions. Your card and account may only be used for valid and lawful purposes. If you use, or allow someone else to use, the card or account for any impermissible purpose, you will be responsible for such use and may be required to reimburse us and MasterCard International Incorporated or Visa USA, Inc., as applicable, for all amounts or expenses we or they pay as a result of such impermissible use.

You agree that we are not responsible if anyone refuses to honor your account. If you do not use your account, you may cancel it by calling our Customer Relations department and destroying your card(s) and account access checks within 30 days after you receive them.

**Cash Equivalent Transactions.** If cash advances are an option for your account, you can use your account to purchase items that are directly convertible to cash. These cash equivalent transactions will be treated as cash advances and will be billed to the cash advance segment of your account. Cash equivalent transactions include the purchase of wire transfer money orders, bets, lottery tickets, casino gaming chips, and other similar products or services.

**Your Credit Limit.** You were told your credit limit when you opened your account. You also may have different credit limits that apply to different segments of your account (such as purchases, cash advances, and special transfers). These credit limits will be identified on your periodic statement. You agree to make purchases or obtain cash advances only up to the relevant credit limit. We may increase or decrease your credit limits at any time, may limit the amount that is available for cash advances, or may exclude cash advances entirely from your account. We may honor transactions in excess of your credit limit, even if these transactions result in an overlimit fee, and these transactions and fees will be covered by this Agreement.

**Making Payments.** You promise to pay us all amounts due resulting from the use of your account, including any finance charges and other charges due under the terms of this Agreement. Payments must be made in U.S. dollars. Payments made by a negotiable instrument such as a check or a money order must be in a form acceptable to us and be drawn on a U.S. financial institution. We may allocate payments among the various segments of your account in any way we determine.

You must pay at least the minimum amount due by the date requested on your statement to avoid a late payment fee. However, you may pay more than the minimum payment or pay the balance in full. In any case, finance charges will continue to be assessed during billing periods that you carry a balance regardless of whether or not your statement shows a minimum payment due.

We can accept late payments or partial payments or checks and money orders marked "payment in full" or other similar language without losing any of our rights under this Agreement, including our right to receive payment in full.

**Periodic Statement.** Each month you have a balance in your account, we will send you a statement showing all transactions billed to your account during the billing period. The billing period is the time from one statement closing date through and including the next statement closing date. The statement closing date determines the month of a specific billing period. For example, your January billing period is the billing period with the statement closing date in January.

**Finance Charge Information.**

*A. Grace Period.* You will have a minimum grace period of 25 days without finance charge on new purchases, new balance transfers, new special purchases and new other charges if you pay your total New Balance as shown on your periodic statement in full and in time for it to be credited by your next statement closing date. There is no grace period on cash advances and special transfers. In addition, if you did not pay the total New Balance from the previous billing statement in full and in time for it to be credited by your next statement closing date, there is no grace period on any transaction.

*B. Accruing Finance Charge.* Transactions which are not subject to a grace period are assessed finance charge as follows:

• Transactions made during the current billing period: from the transaction date.

• Undated transactions and transactions made with account access checks: from the date the transaction is processed to your account.

• Transactions made prior to the current billing period: from the first calendar day of the current billing period.

Additionally, if you did not pay the New Balance from the previous billing period in full, finance charges continue to accrue to your unpaid balance until the unpaid balance is paid in full. This means that you may still owe finance charges, even if you pay the entire New Balance indicated on the front of your statement by the next statement closing date, but did not do so for the previous month. Unpaid finance charges are added to the applicable segment of your account.

*C. Minimum Finance Charge.* For each billing period that your account is subject to a finance charge, a minimum total finance charge of $0.50 will be imposed. If the total finance charge resulting from the application of your periodic rate(s) is less than $0.50, we will subtract that amount from the $0.50 minimum and the difference will be billed to the purchase segment of your account.

*D. Periodic Rates.* We determine the daily periodic rate by dividing the annual percentage rate by 365 and rounding it to the nearest 1/100,000th of 1%. The rate may be different for each segment of your account (e.g., cash advance, purchase, special purchase, and special transfer if applicable for your account). You were told the daily periodic rate(s) when you opened your account and it appears on your statement.

*E. Calculating Finance Charge.* Finance charge is calculated by multiplying the daily balance of each segment of your account (e.g., cash advance, purchase, special transfer, and special purchase) by the corresponding daily periodic rate(s) that has been previously disclosed to you. At the end of each day during the billing period, we apply the daily periodic rate to each segment of your account to the daily balance of each segment. Then, at the end of the billing period, we add up the results of these daily calculations to arrive at your periodic finance charge for each segment. We add up the results from each segment to arrive at the total periodic finance charge for your account.

To get the daily balance for each segment of your account, we take the beginning balance for each segment and add any new transactions and any periodic finance charge calculated on the previous day's balance for that segment. We then subtract any payments or credits posted as of that day that are allocated to that segment. This gives us the separate daily balance for each segment of your account. However, if you paid the New Balance shown on your previous statement in full (or if your New Balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances.

To calculate your total finance charge, multiply your average daily balance by the daily periodic rate and by the number of days in the billing period. Due to rounding on a daily basis, there may be a slight variance between this calculation and the amount of finance charge actually assessed.

*F. Cash Advance Fee.* If a cash advance fee applies to your account, you were told the fee when you opened your account. The fee will be charged each time you obtain a cash advance and will be added to the cash advance segment of your account and will reduce your available credit. The amount of the cash advance fee will be added to other finance charges on your periodic statement for the purpose of calculating the annual percentage rate disclosed there. This may cause the annual percentage rate disclosed on your statement to be greater than the annual percentage rate that was disclosed to you when you opened your account.

*G. Temporary Reduction in Finance Charge.* We reserve the right to not assess any or all finance charges for any given billing period.

**Other Fees and Charges.** The following fees may be billed to the purchase segment of your account, unless otherwise specified, in every billing period in which they apply: late payment fee if we do not receive your payment in time for it to be credited by the following statement closing date, overlimit fee if your account (or any segment of your account) goes or stays above any temporarily or permanently assigned credit limit, even if we approved the overlimit amount, at any time during the billing cycle (regardless of whether you went overlimit as a result of a transaction, finance charge, or any other fee or charge), returned check fee, imposed every time a check is returned to us for any reason, or if we cannot honor your account access checks for any reason, and copying charges for duplicate copies of transactions or statements unless required for billing dispute resolution. These fees and charges will not be assessed if your billing address was in Puerto Rico when your account was opened. The fee and charge amounts were disclosed to you when you opened your account. If any of these fees or charges are changed subsequent to your account opening, you will be advised of the new amount. We reserve the right to waive these fees without prior notification to you.

**Membership Fee.** If your account has a membership fee, it was disclosed to you when you opened your account. The fee will be billed to the purchase segment of your account.

**Credit Bureau Information.** You agree that we may obtain your credit information from credit reporting agencies at any time for the purposes of monitoring your credit performance, managing your account and considering you for new offers and programs.

**Future Offers.** The terms of any future offer will be disclosed to you at the time the offer is made. If you accept an offer, the terms will become effective immediately unless otherwise specified in the offer.

**Default.** We may consider you to be in default under this Agreement if: (a) you fail to pay the minimum payment on time, (b) you exceed your credit limit, or (c) you pay us with funds that are returned for any reason. To the extent permitted by law, you may also be in default under this Agreement if: (1) you violate any of the other terms of this Agreement, or any of the terms of any other agreement with us or any of our affiliates, or (2) you made any false or misleading statements on your application, or (3) bankruptcy or other insolvency proceedings are instituted by you or against you. After you are in default (or after we give you any notice of or right to cure the default if required by law), we may restrict your account from new transactions, or close your account and demand immediate payment of the entire outstanding balance. In addition, as a result of the default, your minimum payment may increase without advance notice.

To the extent permitted by law, you agree to pay all court costs and collection expenses incurred by us in the collection of any amount you owe us under this Agreement. If you default and we refer your account for collection to an attorney who is not our salaried employee, to the extent permitted by law, you agree to pay reasonable attorneys' fees. You also agree to pay any costs we may incur in retrieving your cards, including any costs we may incur by having your account placed on a restricted list.

**If You Close Your Account.** You can request to close your account by calling our Customer Relations department. You must destroy all cards and account access checks, cancel all preauthorized billing arrangements, and cease using your account. If you do not cancel preauthorized billing arrangements, we will consider receipt of a charge your authorization to reopen your account. Additionally, your account will not be closed until you pay all amounts you owe us including: any transactions you have authorized, finance charges, late payment fees, overlimit fees, returned check fees, cash advance fees and any other fees assessed to your account. You are responsible for these amounts whether they appear on your account at the time you request to close the account or they are incurred subsequent to your request to close the account. This may result in charges appearing on your account after you have requested the account to be closed or the reopening of your account if it has already been closed. For example, if you authorized a purchase from a merchant and we receive the transaction from the merchant after your account has been closed, your account will be reopened, the amount of the charge will be added to your account, and you will be responsible for payment. If there is a membership fee for your account, the fee will continue to be charged, to the extent permitted by law, until the account balance has been paid in full as defined above.

If you want to stop an authorized user's access to your account, you must call our Customer Relations department and destroy the user's card (if any) and any account access checks he or she may have. If you are unable to destroy that person's card and account access checks, and you call our Customer Relations department to close your account, your account will be closed and both you and the joint cardholder, if any, may apply for a new account. If we close the account, you and the joint cardholder, if any, will still be liable, individually and together, for all amounts charged to your account.

**If We Cancel Your Account or Suspend Credit Privileges.** We may at any time, with or without cause and with or without advance notice, terminate this Agreement and/or temporarily or permanently suspend your credit privileges. This includes, but is not limited to, situations where you have violated this Agreement or where we have reason to doubt your creditworthiness. Your obligations under this Agreement continue after your rights to obtain credit have been terminated or suspended. We may delay in enforcing our rights under this

Agreement [illegible]

**Changes in Terms.** We may change the terms of (including the APRs) or any part of your Agreement, including the periodic rates and other charges, or add or delete any terms or requirements (including adding new requirements of the same or a different nature as the existing requirements in this Agreement) at any time. If we do so, we will give you notice if required by law of such amendment or change. Notice will be mailed to the last billing address indicated in our records. (However, no notice will be mailed if we previously had notified you that your account would be subject to such amendment or change without notice.) Changes to the annual percentage rate(s) will apply to your account balance from the effective date of the change, whether or not the account balance included items billed to the account before the change date and whether or not you continue to use the account. Changes to fees and other charges will apply to your account from the effective date of the change.

**Applicable Law.** This Agreement will be governed by Virginia law and Federal law.

**Severability.** The invalidity of any provision of this Agreement shall not affect the validity of any other provisions.

**Lost or Stolen Cards or Account Access Checks.** If your cards or account access checks are lost or stolen or if someone else may be using them without your permission, notify us at once by calling the telephone number shown on the front of your periodic statements. You will not be liable in any amount for unauthorized use of your cards or account access checks.

**Your Billing Address.** You agree to give us written notice of any change in your billing address at least 10 days before the change. Changes may be written in the space provided on the remittance coupon portion of your periodic statement or may be sent to the following address: Capital One, P.O. Box 85015, Richmond, VA 23285-5015. If your account is a joint account or if more than one person is permitted to use it, you agree that all notices regarding the account may be sent solely to the address shown on our billing records.

**Communications.** We may call you (using live operators, automatic dialing devices, or recorded messages) at home or work and these calls will not be considered unsolicited. We may monitor or record any calls we make or receive. We may release information to others regarding the status or history of your account as is more fully discussed in the Capital One privacy policy, a copy of which has been provided to you. We may make inquiries of third parties in connection with maintaining and collecting your account, and you authorize such third parties to release information about you to us.

**Cardholder Benefits.** Cardholder benefits may be changed or terminated without notice. The benefits may be provided by third parties; we are not liable for such benefits or for the actions or omissions of the third parties.

**U.S. Currency.** If you make a purchase or cash advance in foreign currency, the transaction will be converted into U.S. dollars using Visa or MasterCard regulations and conversion procedures in effect at the time. Visa or MasterCard may increase the conversion rate and keep this increased amount. The rate in effect on the conversion date may differ from the rate used on the transaction date.

**ARBITRATION:**

You and we agree that either you or we may, at either party's sole election, require that any Claim (as defined below) be resolved by binding arbitration.

**IF YOU OR WE ELECT ARBITRATION OF A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR BEFORE A JUDGE OR JURY OR TO PARTICIPATE IN A CLASS ACTION OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. EXCEPT AS SET FORTH BELOW, THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, INCLUDING THE RIGHT TO CONDUCT DISCOVERY OR TO APPEAL, MAY BE LIMITED OR UNAVAILABLE IN ARBITRATION. THE FEES ASSOCIATED WITH ARBITRATION MAY BE HIGHER THAN THE FEES ASSOCIATED WITH COURT PROCEEDINGS.**

**Special Definitions for this Arbitration Provision.** For the purposes of this arbitration provision ("Arbitration Provision"), the following definitions shall apply in addition to the definitions set forth in this Customer Agreement ("Agreement"):

"We," "us" and "our" mean the owner of your account (Capital One Bank or Capital One, F.S.B.), its parent, and their direct and indirect subsidiaries and affiliates, as well as all of their respective employees, officers, directors, licensees, predecessors, successors, and assigns.

"Claim" means any claim, controversy, or dispute of any kind or nature between you and us.

*A. This definition includes, without limitation, any Claim that in any way arises from or relates to:*

- this Agreement and any of its terms (including any prior agreements between you and us or between you and any other entity from which we acquired your account)
- this Arbitration Provision (including whether any Claim is subject to arbitration)
- the establishment, operation, or termination of your account
- any disclosures, advertisements, promotions, or other communications relating to your account, whether they occurred before or after your account was opened
- any transactions or attempted transactions involving your account
- any billing or collections matters relating to your account
- any posting of transactions (including payments or credits) to your account
- any goods or services charged to your account
- any fees, interest, or other charges assessed to your account, or their calculation
- any products, services, or benefits programs related to or offered in connection with your account (including any insurance, debt cancellation, or extended service contracts and any programs, rebates, rewards, sweepstakes, memberships, discounts, or coupons) whether or not we offered, introduced, sold, or provided them
- our receipt, use, or disclosure of any information about you or your account
- any other matters relating to your account or your relationship with us.

*B. This definition also includes, without limitation, any Claim:*

- regardless of how or when it is brought (for example, as an initial claim, counterclaim, cross-claim, interpleading, or third-party claim)
- based on any theory of relief or damages (including money damages and any form of specific performance or injunctive, declaratory, or other equitable relief)
- based on any theory of law or equity (including contract, tort, fraud, constitution, statute, regulation, ordinance, or wrongful acts or omissions of any type, whether negligent, reckless, or intentional)
- made by you or by anyone connected with you or claiming through or for you (including a co-applicant or authorized user of your account, your agent, your representative, your heirs, or a trustee in bankruptcy)
- for which we may be directly or indirectly liable under any theory, including respondeat superior or agency (even if we are not properly named at the time the Claim is made)
- now in existence or that may arise in the future, regardless of when the facts and circumstances that give rise to the Claim occurred or when the Claim accrued

[illegible] as part of a class action, private attorney general action, or other representative or collective action [illegible] the Claim [illegible] on an individual basis as set forth in [illegible] Arbitration Provision.

**Arbitration Administrators.** One of the following arbitration administrators ("Administrator" or, collectively "Administrators") will administer the arbitration:

| JAMS | American Arbitration Ass'n | National Arbitration Forum |
|---|---|---|
| 1920 Main St., Ste. 300 | 335 Madison Ave. Floor 10 | P.O. Box 50191 |
| Irvine, CA 92610 | New York NY 10017-4605 | Minneapolis, MN 55405 |
| www.jamsadr.com | www.adr.org | www.arbitration-forum.com |

You may contact any of the Administrators to obtain information about arbitration, arbitration rules and procedures, fee schedules, and claim forms.

**Election and Initiation of Arbitration.** You or we may elect arbitration under this Arbitration Provision with respect to any Claim, even if the Claim is part of a lawsuit brought in court. You or we may make a motion or request in court to compel arbitration of any Claim brought as part of any lawsuit. We will not elect or initiate arbitration of any Claim brought in a small claims court (or the equivalent), so long as the Claim remains in that court, is made solely on behalf of an individual or joint account holder, and is not made as part of a class action, private attorney general action, or other representative or collective action.

You and we must follow the rules of the Administrators to initiate arbitration. If you initiate arbitration, you may choose one of the Administrators, and you must mail us any notice required by the Administrator to P.O. Box 85530, Richmond, VA 23285-5530. If we initiate arbitration, we will choose one of the Administrators, and we will mail you any notice required by the Administrator to your last-known billing address. If we have initiated arbitration, we will change the Administrator at your request if you notify us in writing at the above address within fifteen days of the date of any notice we send you of our initiation of arbitration.

**Procedures and Law Applicable in Arbitration.** This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by and enforceable under the Federal Arbitration Act (the "FAA"). Questions about whether any Claim is subject to arbitration shall be resolved by interpreting this Arbitration Provision in the broadest way it may be enforced, consistent with the FAA and the terms of this Arbitration Provision. The arbitrator will apply substantive law consistent with the FAA and applicable statutes of limitations. The arbitrator may award any damages or other relief permitted by applicable substantive law, but the award shall determine the rights and obligations of only the named parties and only with respect to the Claims in arbitration. The rules and procedures of the Administrator, which you may obtain from the Administrator, shall govern the arbitration unless they conflict with this Arbitration Provision, in which case this Arbitration Provision will apply. The arbitrator will not be bound by, and this Arbitration Provision shall not be subject to, the federal, state, or local rules of procedure and evidence that would apply in any court, or to state or local laws that relate to arbitration proceedings. You or we may have a hearing in arbitration. Any arbitration hearing that you attend in person will take place at a location in the federal judicial district that includes your last-known billing address or at some other place upon which you and we agree. You or we may be represented by counsel. If you or we request, the arbitrator will honor claims of privilege recognized under applicable law and will use best efforts to protect confidential information (including through the use of protective orders). The arbitrator will make any award in writing and, at the timely request of either party, will provide a written statement of reasons for the award.

**Costs.** The party initiating arbitration will pay the initial filing fee. You may seek a waiver of the initial filing fee or any of the Administrator's other fees (collectively, "Administrator's Fees") under any applicable rules of the Administrator. If you seek, but do not qualify for, a waiver, we will consider any written request by you for us to pay or reimburse you for all or part of the Administrator's Fees. We also will pay or reimburse you for all or part of the Administrator's Fees if the arbitrator determines there is good reason for us to do so. We will pay any fees and costs we are required to pay by law. Otherwise, and except as provided in this Agreement, you and we will bear all of our respective fees and costs (including the Administrator's fees and the fees and costs relating to attorneys, experts, and witnesses), regardless of who prevails. Allocation of fees and costs relating to appeals in arbitration will be handled in the same manner.

**No Consolidation or Joinder of Parties.** The arbitration of any Claim must proceed on an individual basis, even if the Claim has been asserted in a court as a class action, private attorney general action, or other representative or collective action. Unless all parties consent, neither you nor we may join, consolidate, or otherwise bring Claims related to two or more accounts, individuals, or account holders in the same arbitration. Also, unless all parties consent, neither you nor we may pursue a class action, private attorney general action, or other representative or collective action in arbitration, nor may you or we pursue such actions in Court if any party has elected arbitration. You will not have the right to act as a class representative or participate as a member of a class of claimants with respect to any Claim as to which arbitration has been elected.

**Judgment, Enforcement, Finality, and Appeal.** The arbitrator's decision will be final and binding after fifteen days unless you or we seek an appeal of the award by making a written request to the Administrator. The appeal panel, which will consist of three arbitrators, will consider all factual and legal issues anew, will conduct the appeal in the same manner as the initial arbitration, and will make decisions based on the vote of the majority. The panel's decision will be final and binding. Any final decision of the arbitrator or of the appeal panel is subject to judicial review only as set forth under the FAA. An award in arbitration will be enforceable under the FAA by any court having jurisdiction.

**Miscellaneous, Waiver, Severability, Survival.** If you or we do not elect arbitration or otherwise enforce this Arbitration Provision in connection with any particular Claim, you or we will not waive any rights to require arbitration in connection with that or any other Claim. This Arbitration Provision shall survive: (i) suspension, termination, revocation, closure, or changes of this Agreement, your account, and your relationship with us; (ii) the bankruptcy or insolvency of any party; and (iii) any transfer of your account, or any amounts owed on your account, to any other person or entity. If any portion of this Arbitration Provision is deemed invalid or unenforceable, the remaining portions of this Arbitration Provision shall nevertheless remain valid and in force. In the event of a conflict or inconsistency between this Arbitration Provision and the other provisions of this Agreement or any prior agreement, this Arbitration Provision shall govern.

© 2002 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

KELVIN RANCE
4037 PLUMBAGO PL
LAKEWORTH FL 33462

RE: CAPITAL ONE vs. KELVIN RANCE
File No.:07G00563

Dear KELVIN RANCE :

You have now been served with a Complaint to collect the outstanding balance due and owing on your account. I am enclosing for your review and signature a Stipulation for Settlement. As you will note, the amount of the monthly payments has intentionally been left blank. Kindly contact my office upon receipt of this letter so that we may mutually agree to the terms and conditions of the Stipulation. If we agree on an amount, you will not have to go to court.

Please understand that any information we obtain will be used for the purpose of collecting this debt.

If you have any questions or wish to discuss this matter in further detail please feel free to contact me.

Sincerely,

By: [signature]

David E Borack

2300 Maitland Center Parkway, Suite 200, Maitland, Florida 32751
Maitland Office: Tel: (321) 282-4111 Fax: (321) 282-4112
Plantation Office: Tel: (954) 644-7299 Fax: (954) 644-7297

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Capital One

**(b)** County of Residence of First Listed Plaintiff: Non-Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David E. Borack,
2300 Maitland Center Parkway, Suite 200,
Maitland, Florida 32751, Tel: (321)282-4112, Plantation Office: (954)644-7299 Fax: (954)644-7297

**DEFENDANTS**

Kelvin Rance

County of Residence of First Listed Defendant: Palm Beach, Florida
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

Pro Se

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

07CV 80849 DTKH/JMH

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Re-filed- **(see VI below)** ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☒ NO b) Related Cases ☐ YES ☒ NO

JUDGE DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:

28 USCS § 1331, Federal Question

LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD DATE

FOR OFFICE USE ONLY

AMOUNT RECEIPT # IFP